IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALS SCAN, INC. | * | |
|     Plaintiff | * | |
|     v. | * | CIVIL NO. WMN-00-1358 |
| JOHN MALERBA | * | |
| MALER ENTERPRISES | * | |
|     Defendants | * | |

*************

**ORDER**

The court file reflecting that service of process has been effected upon the above named defendants and that defendants have not yet filed any response to the Complaint, it is, this 20th day of July, 2000,

ORDERED that plaintiff file and serve by mail on the above named defendants a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 14 days of this order.

                                                     William M. Nickerson
                                                   United States District Judge