IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALS SCAN, INC.

v.    Civil Action WMN-00-1358

JOHN MALERBA, et al.

## ORDER

Before the Court is Plaintiff's motion for preliminary injunction (Paper No. 3). In light of the Court's entry of default judgment in favor of Plaintiff on August 9, 2000, this motion is moot.

Accordingly, IT IS this 16th day of August, 2000, by the United States District Court for the District of Maryland,

ORDERED:

1. That Plaintiff's motion for preliminary injunction (Paper No. 3) is hereby DENIED AS MOOT; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
United States District Judge